# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jennifer L. Sandoval, a single woman, | Case No.:  CV-13-02510-PHX DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| The Cleaning Solution Service, LLC, an Arizona Limited Liability Company; Debra T. Fenwick And John Doe Fenwick, wife and husband, | |
| Defendants. | |

Based on Stipulation of all parties.  Doc. 35.

**IT IS ORDERED** that the stipulation (Doc. 35) is **granted.**  This case is dismissed with prejudice, each party to bear their own fees and costs.

Dated this 21st day of August, 2014.

_____
David G. Campbell
United States District Judge